**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2538**

_____

ELLIS TALEU, JR.,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY, MARYLAND; PRINCE
GEORGE'S COUNTY POLICE DEPARTMENT; ROBERT P.
FOX, Officer #1545; BENNIE SKIBICKI, Officer
#1707,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
94-462-PJM)

_____

Submitted: February 28, 1997            Decided: April 3, 1997

_____

Before ERVIN and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ellis Taleu, Jr., Appellant Pro Se. Jay Heyward Creech, Assistant
State's Attorney, Upper Marlboro, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellis Taleu, Jr., appeals the district court's order granting summary judgment to the Defendants in his civil rights action. The record does not contain a transcript of the July 10, 1995, summary judgment proceedings or oral opinion and order. Appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b); 4th Cir. Local R. 10(c). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Appellant has waived review of the issues on appeal which depend upon the transcript to show error. See Powell v. Estelle, 959 F.2d 22, 26 (5th Cir.), cert. denied, 506 U.S. 1025 (1992); Keller v. Prince George's Co., 827 F.2d 952, 954 n.1 (4th Cir. 1987). We have reviewed the record before the court and find no reversible error. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED